1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| MUSTAFA ALKARKHI,<br><br>               Plaintiff,<br><br>    v.<br><br>ABC PHONES OF NORTH CAROLINA, INC., *et al*.,<br><br>               Defendants. | Case No. 5:24-cv-00625-FLA (AJRx)<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE CONSOLIDATED WITH CASE NO. 2:24-cv-00831-FLA (AJRx)** |

1

# ORDER

On December 28, 2023, Plaintiffs William Moreno and Lizbeth Gonzalez Velazquez file the Class Action Complaint in Case No. 2:24-cv-00831-FLA (AJRx) ("Case 24-831"), in Los Angeles County Superior Court, asserting claims against Defendant ABC Phones of North Carolina, Inc. ("Defendant") on behalf of a proposed class, for violations of the California Labor Code and California Business and Professions Code § 17200, *et seq.* (the Unfair Competition Law, "UCL").  Defendant removed Case 24-831 to this court on January 31, 2024.  Case 24-831, Dkts. 1, 17.

On February 20, 2024, Plaintiff Mustafa Alkarkhi filed the Class Action Complaint in Case No. 5:24-cv-00625-FLA (AJRx) ("Case 24-625"), in Riverside County Superior Court, asserting claims against Defendant on behalf of a proposed class, for violations of the California Labor Code and the UCL.  Defendant removed Case 24-625 to this court on March 25, 2024.  Case 24-625, Dkt. 1.

The parties are hereby ORDERED to show cause in writing ("OSC") why Cases 24-831 and 24-625 should not be consolidated, with Case 24-831 deemed the lead case. *See* Fed. R. Civ. P. 42(a)(2).  The parties shall meet and confer on or before April 12, 2024, and submit a joint brief on or before April 19, 2024, stating each party's position regarding consolidation.

IT IS SO ORDERED.

Dated: April 8, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge